**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-1815**

MARILYN BEY ANKH UNU-EL,

             Plaintiff – Appellant,

        v.

LQ MANAGEMENT, LLC; DARRYL PAGE, General Manager, La Quinta
Inn & Suites; TEMPLE H. WEISS, Executive Vice President &
Chief Financial Officer; MARK M. CHLOUPEK, Executive Vice
President & General Counsel; MIKKI HUGHES, VP Employee
Relations & Management,

             Defendants – Appellees,

        and

HEIDI C. HARTMANN, Attorney,

             Defendant.

Appeal from the United States District Court for the Eastern
District of Virginia, at Newport News.   Raymond A. Jackson,
District Judge.  (4:12-cv-00162-RAJ-DEM)

Submitted:  October 29, 2013        Decided:  November 7, 2013

Before DAVIS, WYNN, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Marilyn Bey Ankh Unu-El, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marilyn Bey Ankh Unu-El appeals the district court's order dismissing this action for failure to properly effect service of process. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Unu-El v. LQ Mgmt., LLC, No. 4:12-cv-00162-RAJ-DEM (E.D. Va. May 24, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED